UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SAMUEL IDLER,

                              Plaintiffs,
     -against-

M.V. TRANSPORTATION, INC.

                              Defendants.

---

Index No.: 04-1641 (ARR)

STIPULATION OF
DISCONTINUANCE
WITH PREDUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
         September 13, 2005

Laurie E. Mermelstein, Esq.
SEIDEMANN & MERMELSTEIN
Attorneys for Plaintiff(s)
974 East 27th Street
Brooklyn, NY 11210
(718) 692-1013

Zaklukiewicz, Puzo & Morrissey, LLP
William E. Morrissey, Jr., Esq.
Attorneys for Defendants
2701 Sunrise Highway Suite 2
Islip Terrace, New York 11752
(631) 859-0300

So ordered, 9/28/05

→ USDJ